JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN KARAPETYAN, <br><br> Plaintiff, <br><br> v. <br> ALLSTATE INSURANCE COMPANY and DOES 1 through 10, <br><br> Defendants. | CASE NO. 2:23-cv-02522-SPG-JC <br><br> **ORDER ENTERING JUDGMENT** |

    This matter is before the Court on the parties' Stipulation for Judgment. (ECF No. 27). In light of Plaintiff Arsen Karapetyan ("Plaintiff") and Defendant Allstate Northbrook Indemnity Company's ("Allstate," erroneously sued as Allstate Insurance Company) stipulation and agreement that, at all relevant times, Plaintiff did not have an

insurable interest, the Court orders that judgment should be entered in favor of Allstate against Plaintiff.

      Allstate is ordered to prepare an entry of judgment in accordance with this Order. The trial dates are vacated and taken off calendar. The case is closed.

      The parties are to bear their own costs.

      IT IS SO ORDERED.

DATED: February 2, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE